```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMARYS FORES,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER**

25-CV-5254 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On August 11, 2025, the Court notified the Social Security Administration's Office of General Counsel and the United States Attorney for the Southern District of New York of the commencement of this action, thereby setting the deadline for the certified administrative record to be filed by October 10, 2025.

On October 2, 2025, Chief Judge Swain entered an Amended Standing Order staying certain deadlines in civil cases where the Government is a party in light of the lapse in funding to the U.S. Department of Justice. *In Re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, Case No. 25-MC-433, Dkt. No. 3. A copy of the Amended Standing Order is attached. Although the Amended Standing Order refers specifically to civil cases in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record, this Court construes the Amended Standing Order to apply equally to civil cases in which attorneys from other executive branch agencies are counsel of record.

Accordingly, the Commissioner's deadline to file the certified administrative record is hereby tolled consistent with the Amended Standing Order. **Within 10 days of the restoration of funding to the Department of Justice and/or other executive branch agencies, the parties are directed to submit a joint letter proposing the new deadline by which the certified administrative record shall be filed.**

SO ORDERED.

Dated: October 15, 2025
New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
:
In re: Stay of Certain Civil Cases Pending the   :   AMENDED STANDING ORDER
Restoration of Department of Justice Funding   :   M10-468
   25-mc-00433-LTS
:
------------------------------------------x

Upon the application of the United States Attorney for the Southern District of New York, in light of the lapse of funding to the United States Department of Justice, and to facilitate the management of the Court's docket, it is hereby ordered as follows:

1. Absent other direction or order from the Court, all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby stayed until the business date after the President signs into law a budget appropriation that restores Department of Justice funding.

2. Absent other direction or order from the Court, all court deadlines, including scheduling order deadlines and seal deadlines in qui tam cases, in all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby tolled during the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores Department of Justice funding.

      3.      Any party seeking relief from this Order in any particular civil action or civil miscellaneous matter, shall, in addition to serving the government attorney of record, serve the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to jeffrey.oestericher@usdoj.gov with the papers seeking such relief.

      4.      This Order shall not extend the United States' deadlines to respond to motions for temporary restraining orders or preliminary injunctions, but any such motions seeking relief against the United States shall be served promptly on the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to jeffrey.oestericher@usdoj.gov.

      5.      The United States Attorney's Office shall notify the Court immediately upon the restoration of Department of Justice funding.

      6.      This Order amends and supersedes the Order relating to the stay of civil cases involving the United States Attorney's Office for the Southern District of New York that was entered on October 1, 2025.

SO ORDERED.

_____
Laura Taylor Swain
Chief Judge

Dated:    New York, New York
            October 2, 2025

2