```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DAMARYS FORES,

               Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------x

1:25-cv-05254-HJR

REVISED SCHEDULING ORDER

The following revised briefing schedule is hereby ORDERED:

1. The Commissioner shall file his Answer and serve it on Plaintiff no later than December 18, 2025;

2. Plaintiff shall file their brief and serve it on Commissioner no later than February 16, 2026.

3. The Commissioner shall file his brief and serve it on Plaintiff no later than April 17, 2026.

4. Plaintiff shall file any reply brief and serve it on Commissioner no later than May 1, 2026.

Dated:  November 19, 2025

       New York, New York

SO ORDERED

_____
HENRY J. RICARDO
UNITED STATES MAGISTRATE JUDGE